# EXHIBIT E



# Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Bill To: DHL WORLDWIDE EXPRESS
ATTENTION: BRIAN HABERLIN
8701 EAST HARTFORD DRIVE
SCOTTSDALE, AZ  85255

Invoice Number:  CONS000134532
Invoice Date:    04/04/06
Due Date:        04/24/06
Terms:           1% 10, net 20
Billing Period:  03/01/06
            To:  03/31/06

Total Amount Due:    $ 159386.05

# Remittance Copy

Please Return with your Payment



| | Conference America, Inc. | CONS000134532 |
|---|---|---|
| | P.O. Box 241188<br>Montgomery, Alabama 36124-1188<br>Federal Tax ID # 63-1070221<br>1-800-925-8000 | Page 2<br>Total Pages 4 |

## Summary Invoice

Bill To: DHL WORLDWIDE EXPRESS
ATTENTION: BRIAN HABERLIN
8701 EAST HARTFORD DRIVE
SCOTTSDALE, AZ  85255

| Special Billing ID: | Total Conferencing Services: |
|---|---|
| | $ 145028.25 |
| 1011870033 | $ 0.00 |
| Sub-Total | $ 145028.25 |
| Taxes and Fees | $ 14357.80 |
| Grand Total | $ 159386.05 |



Conference America, Inc.  CONS000134532

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 3
Total Pages 4

## Special Billing ID Services Summary

| Special Billing ID | Service Type | Amount | SubTotal |
|---|---|---|---|
| | Operator Handled Call | $ 0.00 | |
| | Always On | $ 0.00 | |
| | Conference Replay | $ 0.00 | |
| | Web Echo | $ 0.00 | |
| | Faxing | $ 0.00 | |
| | Enhanced Services | $ 145028.25 | |
| | **Total For:** | | $ 145028.25 |
| 1011870033 | Operator Handled Call | $ 0.00 | |
| 1011870033 | Always On | $ 0.00 | |
| 1011870033 | Conference Replay | $ 0.00 | |
| 1011870033 | Web Echo | $ 0.00 | |
| 1011870033 | Faxing | $ 0.00 | |
| 1011870033 | Enhanced Services | $ 0.00 | |
| | **Total For:** 1011870033 | | $ 0.00 |
| | **Total For Services** | | $ 145028.25 |



Conference America, Inc.

CONS000134532

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 4
Total Pages 4

## Leader Services Summary

**Special Billing ID:**

| Service Type | Name | Amount / Subtotal |
|---|---|---|
| Enhanced Services | KAT | $ 145028.25 |
| | | $ 145028.25 |
| Total For Special Billing ID: | | $ 145028.25 |

**Special Billing ID:** 1011870033

| Service Type | Name | Amount / Subtotal |
|---|---|---|
| Total For Special Billing ID: | 1011870033 | $ 0.00 |
| Total For Services | | $ 145028.25 |

Print Date: 8/21/2006



# Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Bill To: DHL REGIONAL OFFFICE OF FINANCE
ACCOUNTS PAYABLE
515 WEST GREENS ROAD
SUITE 100
HOUSTON, TX  77067

Invoice Number:   CONS000134534
Invoice Date:           04/04/06
Due Date:                04/24/06
Terms:              1% 10, net 20
Billing Period:         03/01/06
To:                     03/31/06

Total Amount Due:      $ 329.49

## Remittance Copy

Please Return with your Payment



Conference America, Inc.

CONS000134534

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 2
Total Pages 5

## Summary Invoice

Bill To: DHL REGIONAL OFFFICE OF FINANCE
ACCOUNTS PAYABLE
515 WEST GREENS ROAD
SUITE 100
HOUSTON, TX  77067

| | |
|---|---|
| Special Billing ID: | Total Conferencing Services: |
| | $ 299.80 |
| Sub-Total | $ 299.80 |
| Taxes and Fees | $ 29.69 |
| Grand Total | $ 329.49 |



Conference America, Inc.

CONS000134534

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 3
Total Pages 5

## Special Billing ID Services Summary

| Special Billing ID | Service Type | Amount | SubTotal |
|---|---|---|---|
| | Operator Handled Call | $ 0.00 | |
| | Always On | $ 0.00 | |
| | Conference Replay | $ 0.00 | |
| | Web Echo | $ 0.00 | |
| | Faxing | $ 0.00 | |
| | Enhanced Services | $ 299.80 | |
| | Total For: | | $ 299.80 |
| | Total For Services | | $ 299.80 |

Print Date: 8/21/2006



Conference America, Inc.  CONS000134534

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 4
Total Pages 5

## Leader Services Summary

**Special Billing ID:**

| Service Type | Name | Amount / Subtotal |
|---|---|---|
| Enhanced Services | RHEAUME, JEANNE | $ 299.80 |
| | | $ 299.80 |
| | Total For Special Billing ID: | $ 299.80 |
| | Total For Services | $ 299.80 |



Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

CONS000134534

Page 5
Total Pages 5

## Detail Services Information

**Special Billing ID:**

| Service Type: | Leader Name: | Conference Date: | Time: | Special Billing ID 2: |
|---|---|---|---|---|
| Enhanced Services | RHEAUME, JEANNE | 03/31/2006 | 12:00AM | |

| | Detail Service | Amount |
|---|---|---|
| | ACTIVATE/DEACTIVATE MAINT FEE | $ 299.80 |
| Total: | | $ 299.80 |

Total For Special Billing ID: $ 299.80

o

o



# Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Bill To: DHL-LEGAL DEPARTMENT
ATTN: PETER DONNICI
1 POST STREET
SUITE 2450
SAN FRANCISCO, CA  94104-5228

Invoice Number:   CONS000134296
Invoice Date:          04/04/06
Due Date:              04/24/06
Terms:              1% 10, net 20
Billing Period:        03/31/06
         To:           03/31/06

Total Amount Due:     $ 82.38

# Remittance Copy

Please Return with your Payment



# Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

CONS000134296

Page 2
Total Pages 4

## Summary Invoice

Bill To: DHL-LEGAL DEPARTMENT
ATTN: PETER DONNICI
1 POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104-5228

Special Billing ID:

Total Conferencing Services:
$ 74.95

Sub-Total
$ 74.95

Taxes and Fees
$ 7.43

Grand Total
$ 82.38

Print Date: 8/21/2006



Conference America, Inc.     CONS000134296

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 3
Total Pages 4

## Special Billing ID Services Summary

| Special Billing ID | Service Type | Amount | SubTotal |
|---|---|---|---|
| | Operator Handled Call | $ 0.00 | |
| | Always On | $ 0.00 | |
| | Conference Replay | $ 0.00 | |
| | Web Echo | $ 0.00 | |
| | Faxing | $ 0.00 | |
| | Enhanced Services | $ 74.95 | |
| | **Total For:** | | **$ 74.95** |
| | **Total For Services** | | **$ 74.95** |



| | Conference America, Inc. | CONS000134296 |
|---|---|---|
| | P.O. Box 241188<br>Montgomery, Alabama 36124-1188<br>Federal Tax ID # 63-1070221<br>1-800-925-8000 | Page 4<br>Total Pages 4 |

## Leader Services Summary

**Special Billing ID:**

| Service Type | Name | Amount / Subtotal |
|---|---|---|
| Enhanced Services | ATTN: PETER DONNICI | $ 74.95 |
| | | $ 74.95 |
| | Total For Special Billing ID: | $ 74.95 |
| | Total For Services | $ 74.95 |



# Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

| | |
|---|---|
| Bill To: DHL - DANZAS LATIN AMERICA<br>DARIO SANDOVAL<br>2400 S.W. 145TH AVENUE<br>2ND FLOOR<br>MARAMAR, FL 33027 | Invoice Number: CONS000134533<br>Invoice Date: 04/04/06<br>Due Date: 04/24/06<br>Terms: 1% 10, net 20<br>Billing Period: 03/01/06<br>To: 03/31/06 |

Total Amount Due: $ 3377.18

## Remittance Copy

Please Return with your Payment



Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

CONS000134533

Page 2
Total Pages 5

## Summary Invoice

Bill To: DHL - DANZAS LATIN AMERICA
DARIO SANDOVAL
2400 S.W. 145TH AVENUE
2ND FLOOR
MARAMAR, FL  33027

| | |
|---|---|
| Special Billing ID: | Total Conferencing Services: |
| | $ 3072.95 |
| Sub-Total | $ 3072.95 |
| Taxes and Fees | $ 304.23 |
| Grand Total | $ 3377.18 |

Print Date: 8/21/2006



Conference America, Inc.

CONS000134533

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Page 3
Total Pages 5

## Special Billing ID Services Summary

| Special Billing ID | Service Type | Amount | SubTotal |
|---|---|---|---|
| | Operator Handled Call | $ 0.00 | |
| | Always On | $ 0.00 | |
| | Conference Replay | $ 0.00 | |
| | Web Echo | $ 0.00 | |
| | Faxing | $ 0.00 | |
| | Enhanced Services | $ 3072.95 | |
| | Total For: | | $ 3072.95 |
| | Total For Services | | $ 3072.95 |



Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

CONS000134533

Page 4
Total Pages 5

## Leader Services Summary

**Special Billing ID:**

| Service Type | Name | Amount / Subtotal |
|---|---|---|
| Enhanced Services | DARIO SANDOVAL | $ 3072.95 |
| | | $ 3072.95 |
| | Total For Special Billing ID: | $ 3072.95 |
| | Total For Services | $ 3072.95 |

Print Date: 8/21/2006



## Conference America, Inc.

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

CONS000134533

Page 5
Total Pages 5

### Detail Services Information

**Special Billing ID:**

| Service Type: | Leader Name: | Conference Date: | Time: | Special Billing ID 2: |
|---|---|---|---|---|
| Enhanced Services | DARIO SANDOVAL | 03/31/2006 | 12:00AM | |

| Detail Service | Amount |
|---|---|
| ACTIVATE/DEACTIVATE MAINT FEE | $ 3072.95 |
| Total: | $ 3072.95 |
| Total For Special Billing ID: | $ 3072.95 |