IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Conference America, Inc. hereby states that no parent corporation or publicly held corporation owns more than 10% of Conference America's stock.

This 21st day of February 2008.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza           Attorney for Plaintiff Conference
600 Peachtree Street, N.E.           America, Inc.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC.; | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be served a true and correct copy of the within and foregoing RULE 7.1 DISCLOSURE STATEMENT upon the following via United States Mail, postage pre-paid:

DHL Express (USA), INC.
Via Its Registered Agent: the Corporation Company,
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

This 21st day of February 2008.


        /s/ Thomas E. Borton IV
        Thomas E. Borton IV (BOR011)