IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.: 2:08-cv-110-SRW |
| v. ) | |
| ) | |
| DHL EXPRESS (USA), INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING PROOF OF SERVICE OF VERIFIED COMPLAINT

COMES NOW Plaintiff Conference America, Inc. and notices the filing of proof of service of its Verified Complaint upon Defendant DHL Express (USA), Inc.'s registered agent. Attached to this notice is Conference America's Summons and accompanying declaration by process server that DHL's registered agent was served with a copy of Conference America's Verified Complaint on February 20, 2008.

This 22nd day of February 2008.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza          Attorney for Plaintiff Conference
600 Peachtree Street, N.E.          America, Inc.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Middle _____ DISTRICT OF ____ Alabama ____

CONFERENCE AMERICA, INC.

SUMMONS IN A CIVIL CASE
CASE NUMBER: 2:08CV110-SRW
In the United States District Court for the Middle District of Alabama, Northern Division

V.

DHL EXPRESS (USA), INC.

TO: (Name and address of defendant)
DHL EXPRESS (USA), INC.
Through Its Registered Agent:
Corporation Company
2000 Interstate Park Drive Ste. 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Borton IV
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     2/19/08
CLERK                                                DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/83) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | DATE 2-20-08 |
| NAME OF SERVER (PRINT) Marianne Esco | | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Corporation Company 2000 Interstate Park Dr. Ste 204 Montgomery AL 36109  Laura Payne 4:32pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: :_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-20-08
              Date

Signature of Server: Marianne Esco

Address of Server: 2269 Chalk Hill Rd
Tallassee AL 36078

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I caused a copy of the foregoing to served upon the following by United States Mail, postage prepaid:

DHL Express (USA), Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)