IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CONFERENCE AMERICA, INC.,     )
     )
     Plaintiff,     )     CIVIL ACTION FILE
     )     NO.: 2:08-cv-110-SRW
v.     )
     )
DHL EXPRESS (USA), INC.,     )
     )
     Defendant.     )

## MOTION TO APPEAR PRO HAC VICE

COME NOW Robert P. Williams, II, Esq. and Plaintiff Conference America, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully move for attorney Williams to appear pro hac vice as counsel for Conference America in this matter.  Attorney Williams is a member in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificate of good standing attached to this motion as Exhibit A.

WHEREFORE, attorney Williams and Conference America respectfully request that this Court enter an Order permitting attorney Williams to appear pro hac vice as counsel for Conference America in this matter.

This 27th day of February 2008.

TROUTMAN SANDERS LLP


/s/ Robert P. Williams, II
Robert P. Williams, II
Ga. Bar No. 765413


/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)


5200 Bank of America Plaza          Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.          America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    }
                                                } ss.
**NORTHERN DISTRICT OF GEORGIA**                }


      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **Robert P. Williams,  State Bar No. 765413,** was duly admitted to practice in said Court on October 11, 1984, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 13th day of February, 2008.


JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I caused a copy of the foregoing

to be delivered to the following registered agent by U.S. Mail, postage prepaid:

DHL Express (USA), Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)