```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004069
Cashier ID: cstrecke
Transaction Date: 02/28/2008
Payer Name: TROUTMAN SANDERS LLP
------------------------------------
PRO HAC VICE
 For: ROBERT P WILLIAMS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Remitter: TROUTMAN SANDERS LLP
 Check/Money Order Num: 438476
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:       $0.00
```

2:08CV110-W