IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

Case 2:08-cv-00110-SRW   Document 6   Filed 02/27/2008   Page 1 of 5

## MOTION TO APPEAR PRO HAC VICE

COME NOW Robert P. Williams, II, Esq. and Plaintiff Conference America, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully move for attorney Williams to appear pro hac vice as counsel for Conference America in this matter. Attorney Williams is a member in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificate of good standing attached to this motion as Exhibit A.

WHEREFORE, attorney Williams and Conference America respectfully request that this Court enter an Order permitting attorney Williams to appear pro hac vice as counsel for Conference America in this matter.

**MOTION GRANTED**

THIS 4th DAY OF March, 20 08

_____
UNITED STATES MAGISTRATE JUDGE