IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONFERENCE AMERICA, INC.'S FIRST INTERROGATORIES TO DHL EXPRESS (USA), INC.

Conference America, Inc. ("Conference America") requires that Defendant DHL Express (USA), Inc. ("DHL") (1) answer under oath the following Interrogatories within 30 days from the date of service, and (2) furnish a copy of the answers to Conference America's attorney, Robert P. Williams, II, Troutman Sanders LLP, Bank of America Plaza – Suite 5200, 600 Peachtree Street N.E., Atlanta, GA 30308-2216.

When used in these Interrogatories, the terms "Defendant," "you," "your," and "DHL" shall embrace and include, in addition to Defendant DHL Express (USA), Inc., all agents, employees, servants, representatives, parent entities, subsidiaries, affiliates, corporate relatives, and/or others who have obtained information for or on behalf of Defendant DHL Express (USA), Inc. When used in these Requests for Production, the terms "Plaintiff" and/or "Conference America"

shall embrace and include, in addition to Plaintiff Conference America, Inc., all of Conference America's agents, employees, servants, and/or representatives.  When used in these Interrogatories, the words "and" and "or" shall be construed either conjunctively or disjunctively as necessary to make the Interrogatories inclusive rather than exclusive.

When used in these Interrogatories, the term "identify" means, depending on its use:

(a) For each request to identify an action, provide the details of the action taken, the person(s) involved in each action, the date(s) of each action, and the results for each action;

(b) For each document, provide the author, recipients, and subject matter (or in the alternative, provide a copy of the document and specify who provided the document to you or your attorneys and when the document was first provided);

(c) For each written communication, provide the name(s) of the person(s) involved, the date(s) of the communication and the subject matter (or in the alternative, provide a copy of the written communication);

(d) For each oral communication, provide the names of the person(s) involved, the date of the communication, the substance of the communication, and identify any document referring or relating to the

      communication (or in the alternative, provide a copy of the document); and

(e)    For each person (including both natural and juristic persons) provide the person's full name and present business address, employer, and occupation and job title, and any other information sought in the interrogatory, both presently and at the time of the particular occurrence or writing involved.

These Interrogatories shall be deemed continuing so as to require supplemental answers if DHL or its attorneys obtain further information between the time answers are served and the time of conclusion of trial.

## **Interrogatories**

1.    Please state the full name, job title, and address of each person who assisted in preparing responses to (1) these interrogatories, (2) Conference America, Inc.'s First Requests for Admission to DHL Express (USA), Inc., (3) Conference America, Inc.'s First Requests for Production of Documents to DHL Express (USA), Inc.; or (4) any pleading filed by you in this lawsuit (including your counterclaim).

2.    Please set forth each and every fact upon which you base each defense set forth in your answer or each allegation set forth in your counterclaim.

3. If you denied any of Conference America's First Requests for Admission to you, please set forth the facts upon which each specific denial is based.

4. Please identify any documents (including but not limited to emails), records (electronic, paper, or otherwise), or things upon which you base any part of any of your defenses set forth in your answer, any of your denials to any of Conference America, Inc.'s First Requests for Admission to you, and any responses, defenses, or allegations set forth in any pleading filed by you in this matter (including your counterclaim).

5. Please list full name, job title, and address of each person with knowledge of any facts, allegations, or defenses (1) that are related to this case or (2) that appear in Conference America's Verified Complaint, DHL's Answer to Conference America's Verified Complaint, DHL's counterclaim, any other pleadings filed in this matter, DHL's responses to any written discovery propounded to DHL by Conference America, or any issue of liability in this lawsuit.

6. Please state the full name, address, job title, home residence and business telephone numbers, and current place of employment of each person from whom you have obtained a written or recorded statement as a result of any fact, allegation, incident, or occurrence referred to in any pleading filed in this matter

(including your counterclaim) or any discovery response served by you in this matter and, as to each such person, the name, address, and telephone number of the custodian of either the written statements or transcriptions of oral statements.

7.     Please state the full name, address, job title, home residence and business telephone numbers, and place of employment of each person who to your knowledge, information, or belief, has knowledge concerning your allegations as to injuries or damages sustained by you.

8.     To the extent that you deny Conference America's Request for Admission No. 3, identify all accounts that you believe were deactivated but not previously identified on one or more invoices that Conference America sent to you.

9.     Identify all procedures, memorandums, emails, or documents evidencing or reflecting how DHL employees were instructed by DHL, Conference America, or any other person or entity to access Conference America's services.

10.    Identify all communications between or among DHL and its current or former employees directing DHL's employees to cease use of Conference America's services.  Include with this identification a list of all individuals (including current or former employees) or DHL departments, divisions, or corporate relatives that either sent or received such communications.

11.    Please describe all document or records retention or destruction policies or procedures affecting any records, communications, or documents or

things relating to Conference America, and identify all communications made with respect to such policies or procedures since May 31, 2005, and all documents or things relating to Conference America that have been destroyed, whether pursuant to such policies or procedures or otherwise, since May 31, 2005.

12. Please state whether any individuals identified in your responses to Interrogatories 1, 5, 6, or 7 ever reviewed the prices, terms, or conditions on Conference America's website and, if so, state the dates that each specific employee did so.

13. Identify all procedures, systems, practices, or documents evidencing or reflecting how DHL reviewed, monitored, or managed the use of Conference America's services by DHL employees. Include with this identification a list of all individuals (including current or former employees) who performed such review, monitoring, or management.

This 1st day of April 2008.

TROUTMAN SANDERS LLP

/s/ Robert P. Williams, II
Robert P. Williams, II
Ga. Bar No. 765413
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)

Attorneys for Plaintiff Conference America, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing ***CONFERENCE AMERICA, INC.'S FIRST INTERROGATORIES TO DHL EXPRESS (USA), INC.*** were electronically filed with the Clerk of Court using the CM/ECF system and were served via electronic mail (through CM/ECF) and United States Mail upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
Douglas H. Bryant
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 1st day of April 2008.

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)