IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CONFERENCE AMERICA, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DHL EXPRESS (USA), INC.**

Conference America, Inc. ("Conference America") requires that Defendant DHL Express (USA), Inc. ("DHL") produce and permit Conference America or persons acting on its behalf to inspect and copy the documents or things designated hereinafter. The production, inspection, copying, and all acts necessarily related thereto shall take place at the offices of Conference America's counsel of record, Robert P. Williams, II, Troutman Sanders LLP, Bank of America Plaza – Suite 5200, 600 Peachtree Street N.E., Atlanta, GA 30308-2216. The production, inspection, and copying shall take place at a mutually convenient time.

**Should you (meaning DHL) consider any document described herein as privileged, Conference America requests that each such document be identified in a privilege log as required by the Federal Rules of Civil**

**Procedure, and the reason asserted for the claim of privilege explained in a manner sufficient to allow the Court to determine whether the asserted privilege properly lies.**

These Requests shall be deemed continuing so as to require supplemental responses if you or your attorneys obtain further information between the time answers are served and the time of conclusion of trial.

When used in these Requests for Production, the words "and" and "or" shall be construed either conjunctively or disjunctively as necessary to make the Requests inclusive rather than exclusive. In answering these Requests, you are requested to furnish all information in your possession, custody, or control, including all information in the possession, custody, or control of any person acting on your behalf, including any investigators, agents, or other representatives. When used in these Requests for Production, the terms "Defendant," "you," "your," and/or "DHL" shall embrace and include, in addition to Defendant DHL Express (USA), Inc., all agents, employees, servants, representatives, parent entities, subsidiaries, affiliates, corporate relatives, and/or others who have obtained information for or on behalf of DHL. When used in these Requests for Production, the terms "Plaintiff" and/or "Conference America" shall embrace and include, in addition to Plaintiff Conference America, Inc., all of Conference America's agents, employees, servants, and/or representatives. When used in these

Requests for Production, the term "document(s)" includes every record of any type whatsoever, including but not limited to emails, electronic records, and audio recordings. When used in these Requests for Production, the term "correspondence" includes every record of any type whatsoever, including but not limited to letters, memorandums, emails, electronic records, and audio recordings.

These Requests shall be deemed continuing so as to require supplemental responses if you or your attorneys obtain further information between the time answers are served and the time of conclusion of trial.

## Requests for Production

1. Please produce all documents and things identified or referenced in any pleading (including your counterclaim) or in your responses to any of Conference America's Requests for Admission or its Interrogatories to you.

2. Please produce all correspondence, notes, memorandums, or communications by, between, or among your employees, former employees, agents, representatives, any other persons or entities, and/or any combination thereof concerning the above-styled lawsuit, the invoices that are the subject of the above-styled lawsuit, or the services that are the subject of such invoices.

3. Please produce all correspondence, notes, memorandums, or communications by, between, or among your employees, former employees, agents, representatives, any other persons or entities, and/or any combination

thereof concerning any dealings or transactions between DHL and Conference America.

4. Please produce all documents and things discussing or referencing DHL's use of, or decision not to use, any of Conference America's services.

5. Please produce all documents or things evidencing or reflecting correspondence, procedures, notes, memorandums, emails, or communications concerning how DHL employees were instructed to access or use Conference America's services.

6. Please produce all documents or things evidencing or reflecting communications by, between, or among DHL and its employees (current or former) directing DHL's employees to cease use of Conference America's services. Include a list of all individuals (including current or former employees) or DHL departments or divisions that either sent or received such communications.

7. Please produce all documents or things evidencing or reflecting (1) all of DHL's document or records retention or destruction policies or procedures affecting any records, communications, correspondence, notes, memorandums, documents, or things relating to Conference America; and (2) all communications made with respect to (a) such policies or procedures since May 31, 2005; or (b) any documents or things relating to Conference America that have been destroyed, whether pursuant to such policies or procedures or otherwise, since May 31, 2005.

8. Please produce all documents or things discussing, evidencing, or reflecting any of Conference America's prices for any of its services.

9. Please produce all documents or things discussing, evidencing, or reflecting the deactivation of any DHL account with Conference America or the transition or transfer of DHL conferencing users from Conference America to any other conferencing providers.

This 1st day of April 2008.

                              TROUTMAN SANDERS LLP

                              /s/ Robert P. Williams, II
                              Robert P. Williams, II
                              Ga. Bar No. 765413
                              Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza      Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.         America, Inc.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within and foregoing

***CONFERENCE AMERICA, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DHL EXPRESS (USA), INC.*** were electronically filed with the Clerk of Court using the CM/ECF system and were served via electronic mail (through CM/ECF) and United States Mail upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
Douglas H. Bryant
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 1st day of April 2008.

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)