IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:08-CV-110-SRW |
| | ) |
| DHL EXPRESS (USA), INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO STRIKE DISCOVERY

Comes now the Defendant/Counter-Plaintiff, DHL Express (USA), Inc. ("DHL"), and moves the Court to strike the discovery propounded by plaintiff Conference America, Inc. In support of this motion, DHL shows as follows:

1. On or about April 1, 2008, along with its Answer to DHL's counterclaim, Conference America served Interrogatories (Doc. 10), Request for Production (Doc. 12), and Request for Admissions on DHL (Doc. 11).

2. Rule 26(d), Fed. R. Civ. P., provides that "**a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f).**"

3. To date, no Conference of Parties pursuant to Rule 26(f) has taken place. Counsel for DHL is presently soliciting dates from opposing counsel for a mutually convenient time to hold the Rule 26(f) conference.

4.  Because the parties have yet to confer as required by Rule 26(f), the discovery propounded by Conference America is premature, and due to be stricken.

WHEREFORE, premises considered, DHL requests that this Court enter an order striking the premature discovery propounded by Conference America.

                                                      /s/ John F. Whitaker
                                                    John F. Whitaker (WHI006)
                                                    Douglas H. Bryant (BRY031)
                                                    *Attorneys for Defendant*
                                                    *DHL Express (USA), Inc.*

OF COUNSEL:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203
Tel: (205) 639-5300
Fax: (205) 639-5350
jwhitaker@wmslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by electronic filing and placing the same in the United States mail, properly addressed and first-class postage prepaid on this the 2nd day of April, 2008.

Thomas E. Borton IV
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)
*Attorney for Plaintiff*

                    /s/ John F. Whitaker
                    OF COUNSEL