IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:08-CV-110-SRW |
| | ) |
| DHL EXPRESS (USA), INC., | ) |
| | ) |
| Defendant. | ) |

### DHL'S WITHDRAWAL OF ITS MOTION TO STRIKE

Comes now the Defendant/Counter-Plaintiff, DHL Express (USA), Inc. ("DHL"), and withdraws its previously filed Motion to Strike the discovery propounded by plaintiff Conference America (Doc. 15). DHL's withdrawal of its motion is based on the following grounds:

1. The parties held the required Rule 26(f) parties planning conference on April 2, 2008.

2. The parties have reached an agreement that the discovery propounded by Conference America prior to the April 2, 2008 parties planning meeting will be deemed served on April 3, 2008.

Based on the above, DHL's Motion to Strike is now moot, and DHL moves to withdraw the motion.

          /s/ John F. Whitaker
          John F. Whitaker (WHI006)
          Douglas H. Bryant (BRY031)
          *Attorneys for Defendant*
          *DHL Express (USA), Inc.*

OF COUNSEL:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203
Tel: (205) 639-5300
Fax: (205) 639-5350
jwhitaker@wmslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by electronic filing and placing the same in the United States mail, properly addressed and first-class postage prepaid on this the 3rd day of April, 2008.

Thomas E. Borton IV
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)
*Attorney for Plaintiff*

          /s/ John F. Whitaker
          OF COUNSEL