IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:08-CV-110-SRW |
| | ) |
| DHL EXPRESS (USA), INC., | ) |
| | ) |
| Defendant. | ) |

### DHL'S WITHDRAWAL OF ITS MOTION TO STRIKE

Comes now the Defendant/Counter-Plaintiff, DHL Express (USA), Inc. ("DHL"), and withdraws its previously filed Motion to Strike the discovery propounded by plaintiff Conference America (Doc. 15). DHL's withdrawal of its motion is based on the following grounds:

1. The parties held the required Rule 26(f) parties planning conference on April 2, 2008.

2. The parties have reached an agreement that the discovery propounded by Conference America prior to the April 2, 2008 parties planning meeting will be deemed served on April 3, 2008.

Based on the above, DHL's Motion to Strike is now moot, and DHL moves to withdraw the motion.

**MOTION GRANTED**

THIS 3rd DAY OF April, 20 08

_____
UNITED STATES MAGISTRATE JUDGE