IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

1.  The following persons participated in a Rule 26(f) Conference on April 2, 2008, by telephone.

- Robert P. Williams, II and Thomas E. Borton on behalf of Plaintiff;

- John F. Whitaker and Douglas H. Bryant on behalf of Defendant.

2.  **Initial Disclosures.** The parties will complete by **April 18, 2008**, the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

3.  **Discovery Plan.** The parties propose this discovery plan:

a)  Discovery will be needed on these subjects: All claims, counterclaims, and defenses asserted in the parties' pleadings.

b)  All discovery will be commenced in time to be completed by **December 2, 2008**.

- 2 -

c)  The parties shall propound a maximum of **25** interrogatories to one another and shall answer interrogatories within the time limits set forth in the Federal Rules of Civil Procedure.

d)  The parties shall propound requests for admission to one another as necessary and permitted by the Federal Rules of Civil Procedure and shall answer requests for admission within the time limits set forth in the Federal Rules of Civil Procedure.

e)  The parties shall have a maximum of **eight** depositions each, although, if necessary, the parties may schedule additional depositions by consent or, if they disagree, by petitioning the Court.

f)  Depositions shall be limited to **six hours**, although the parties may seek additional time for a particular deposition by consent or, if they disagree, by petitioning the Court.

g)  Reports from retained experts under Fed. R. Civ. P. 26(a)(2) are due:

   * From Plaintiff by:  N/A at this time

   * From Defendant by:  N/A at this time

h)  Supplementation under Fed. R. Civ. P. 26(e) due as provided in Fed. R. Civ. P. 26(e)(1)(A).

4. **<u>Other Items:</u>**

   a) The parties do not request a conference with the Court before entry of the scheduling order.

   b) The parties request a pretrial conference in **February 2009**.

   c) Plaintiff should be allowed until **August 2, 2008**, to join additional parties and to amend its pleadings.

   d) Defendant should be allowed until **September 2, 2008**, to join additional parties and to amend its pleadings. Plaintiff shall then be allowed until **October 2, 2008**, to join additional parties and to amend its response to Defendant's counterclaim, if necessary.

   e) All potentially dispositive motions should be filed by **January 15, 2009**.

   f) Settlement is unlikely at this point in the litigation, but the parties will continue to explore it as the case progresses.

   g) The parties will explore the possibility of mediating this matter.

   h) Final lists of witnesses, designations of witnesses whose testimony will be presented by deposition, and exhibits under Fed. R. Civ. P. 26(a)(3) will be submitted by each party **two weeks before trial**.

   i) The parties should have **10 days** after service of final lists of witnesses, designations of witnesses whose testimony will be presented by deposition, and exhibits to file objections under Fed. R. Civ. P. 26(a)(3).

j) The case should be ready for trial by **April 2009**. At this time, the parties believe that it will take approximately **2-3 days** to try Plaintiff's claims. The parties do not currently have sufficient information to determine the amount of time necessary to try the counts alleged in Defendant's Counterclaim.

This 15th day of April 2008.

| | |
|---|---|
| /s/ Robert P. Williams, II<br>Robert P. Williams, II<br>Ga. Bar No. 765413<br>Thomas E. Borton IV (BOR011)<br><br>TROUTMAN SANDERS LLP<br>Bank of America Plaza<br>600 Peachtree Street, N.E., Suite 5200<br>Atlanta, GA  30308-2216<br>Tel:  (404) 885-3000<br>Fax:  (404) 885-3995<br><br><br>Email:<br>robert.williams@troutmansanders.com<br>thomas.borton@troutmansanders.com<br><br>Attorneys for Plaintiff Conference America, Inc. | /s/ John F. Whitaker<br>(with express permission by Thomas E. Borton IV)<br>John F. Whitaker (WHI006)<br>Douglas P. Bryant (BRY031)<br><br>WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.<br>400 Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203-5203<br>Tel:  (205) 639-5300<br>Fax:  (205) 639-5350<br><br>Email:<br>jwhitaker@wmslawfirm.com<br>dbryant@wmslawfirm.com<br><br>Attorneys for Defendant DHL Express (USA), Inc. |

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing ***REPORT OF THE PARTIES' PLANNING MEETING*** was electronically filed with the Clerk of Court using the CM/ECF system and was served via electronic mail (through CM/ECF) upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
jwhitaker@wmslawfirm.com
Douglas H. Bryant
dbryant@wmslawfirm.com
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 15th day of April 2008.

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)