```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004762
Cashier ID: brobinso
Transaction Date: 04/17/2008
Payer Name: TROUTMAN SANDERS LLP
--------------------------------------
PRO HAC VICE
 For: BENJAMIN A GASTEL
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
--------------------------------------
CHECK
 Check/Money Order Num: 443974
 Amt Tendered:  $50.00
--------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

CASE 2:08CV110-SRW

MPHV E-FILED ON 4/16/08
```