IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO APPEAR PRO HAC VICE**

COME NOW Bradley M. Davis, Esq. and Plaintiff Conference America, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully move for Mr. Davis to appear pro hac vice as counsel for Conference America in this matter. Mr. Davis is a member in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificate of good standing attached to this motion as Exhibit A.

WHEREFORE, Mr. Davis and Conference America respectfully request that this Court enter an Order permitting Mr. Davis to appear pro hac vice as counsel for Conference America in this matter.

This 30th day of April 2008.

TROUTMAN SANDERS LLP

/s/ Robert P. Williams, II
Robert P. Williams, II
Ga. Bar No. 765413

/s/ Bradley M. Davis
Bradley M. Davis
Ga. Bar No. 141505

5200 Bank of America Plaza          Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.          America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

# EXHIBIT A



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                        }
                                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**                    }

       I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **BRADLEY MCCARTHY DAVIS, 141505,**  was duly admitted to practice in said Court on May 26, 2005 and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 25th day of April, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____

Phyllis Brannon
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CONFERENCE AMERICA, INC.,          )
                                   )
            Plaintiff,             )          CIVIL ACTION FILE
                                   )          NO.: 2:08-cv-110-SRW
v.                                 )
                                   )
DHL EXPRESS (USA), INC.,           )
                                   )
            Defendant.             )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing ***MOTION TO APPEAR PRO HAC VICE*** was electronically filed with the Clerk of Court using the CM/ECF system and was served via electronic mail (through CM/ECF) upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
jwhitaker@wmslawfirm.com
Douglas H. Bryant
dbryant@wmslawfirm.com
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 30th day of April 2008.

/s/ Robert P. Williams, II
Robert P. Williams, II
Ga. Bar No. 765413