```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004912
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: TROUTMAN SANDERS LLP
------------------------------------
PRO HAC VICE
 For: BRADLEY M DAVIS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:      $50.00
------------------------------------
CHECK
 Check/Money Order Num: 445159
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:08-cv-00110-SRW


Conference America, Inc. v. DHL
Express (USA), Inc.
```