IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND NOTICE OF WITHDRAWAL OF COUNSEL
AND CHANGE OF ADDRESS**

Thomas Borton hereby moves for permission to withdraw as counsel from this matter and gives notice that as of May 6, 2008, he will no longer be employed by Troutman Sanders LLP, the law firm that is counsel to the Plaintiff Conference America, Inc. in the above-captioned action. Conference America will continue to be represented by other attorneys at Troutman Sanders LLP, who have appeared as counsel of record in this matter. Thomas Borton requests that his name be removed from all service lists in this action, including the notice of electronic filing list.

The undersigned's new address will be:

Thomas E. Borton
United States Attorney's Office
1801 Fourth Avenue North
Birmingham, AL 35203

- 2 -

This 4th day of May, 2008.

                                                    /s/ Thomas E. Borton IV
                                                  Thomas E. Borton IV (BOR011)

| | |
|---|---|
| 5200 Bank of America Plaza | Attorney for Plaintiff Conference |
| 600 Peachtree Street, N.E. | America, Inc. |
| Atlanta, GA  30308-2216 | |
| (404) 885-3000 | |
| (404) 962-6664 (fax) | |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within and foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND CHANGE OF ADDRESS** was electronically filed with the Clerk of Court using the CM/ECF system and was served via electronic mail (through CM/ECF) upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
jwhitaker@wmslawfirm.com
Douglas H. Bryant
dbryant@wmslawfirm.com
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 4th day of May 2008.

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)