IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

<u>Conference America, Inc.,</u>    )
                                   )
        Plaintiff(s),          )
                                   )
v.                                 )    CIVIL ACTION NO. <u>2:08cv 110 -SRW</u>
                                   )
<u>DHL Express                    ,</u>    )
                                   )
        Defendant(s).          )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

<u>5/1/08                         </u>        <u>/s/ Daryl H. Bryant                </u>
Date                                        Signature

                           <u>DHL Express                       </u>
                           Counsel For (**print** name of all parties)

                           _____
                           Address, City, State Zip Code

                           _____
                           Telephone Number