IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 APR 22  A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO.: 2:08-cv-110-SRW |
| v. | ) |
| | ) |
| DHL EXPRESS (USA), INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Date: April 21, 2008

Robert P. Williams, II
Ga. Bar No. 765413
Thomas E. Borton IV (BOR011)
Benjamin A. Gastel
Ga. Bar No. 432776

| | |
|---|---|
| TROUTMAN SANDERS LLP<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, GA  30308-2216<br>(404) 885-3000 | Attorneys for Plaintiff Conference America, Inc. |