IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.: 2:08-cv-110-SRW |
| v. ) | |
| ) | |
| DHL EXPRESS (USA), INC., ) | |
| ) | |
| Defendant. ) | |

## CONFERENCE AMERICA'S MOTION FOR
## SUMMARY JUDGMENT AS TO DEFENDANT'S COUNTERCLAIM

Conference America, Inc. ("Conference America") respectfully moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, against DHL Express (USA), Inc. ("DHL") on DHL's counterclaims set forth in DHL's Answer to Complaint and Counterclaim.

In support of this Motion, Conference America relies on its supporting brief; the Affidavits of Robert M. Pirnie III and Robert M. Pirnie IV and all accompanying exhibits to the affidavits; its Verified Complaint and all accompanying exhibits to the Verified Complaint.

For the reasons stated in its supporting brief, Conference America respectfully requests that the Court issue an order granting summary judgment in Conference America's favor on DHL's counterclaim.

Respectfully submitted this 22nd day of May 2008.

        TROUTMAN SANDERS LLP

        /s/ Robert P. Williams, II
        Robert P. Williams, II
        (Pro Hac Vice, Ga. Bar No. 765413)

        /s/ Bradley M. Davis
        Bradley M. Davis
        (Pro Hac Vice, Ga. Bar No. 141505)

        /s/ Benjamin A. Gastel
        Benjamin A. Gastel
        (Pro Hac Vice, Ga. Bar No. 432776)

        Attorneys for Plaintiff Conference America Inc.

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing *CONFERENCE AMERICA'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT'S COUNTERCLAIM* was electronically filed with the Clerk of Court using the CM/ECF system and was served via electronic mail (through CM/ECF) upon counsel for DHL Express (USA), Inc.:

John F. Whitaker
jwhitaker@wmslawfirm.com
Douglas H. Bryant
dbryant@wmslawfirm.com
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203-5203

This 22nd day of May 2008.

/s/ Robert P. Williams, II
Robert P. Williams, II
(Pro Hac Vice, Ga. Bar No. 765413)