IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff/Counter-defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv110-SRW |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant/Counter-claimant. | ) | |

**ORDER**

Plaintiff Conference America filed its complaint in this action on February 19, 2008, just over three months ago. Defendant DHL answered and filed a counterclaim, which Conference America answered on April 1, 2008. The parties consented to the jurisdiction of the undersigned Magistrate Judge on May 5, 2008. The Rule 16 scheduling order is issuing concurrently with this order.

This action is presently before the court on the motion for summary judgment filed by Conference America on DHL's counterclaim of fraud. DHL filed a Rule 56(f) affidavit from its attorney, John F. Whitaker, and requests that the motion be denied because it has not yet had the opportunity to conduct discovery necessary to its opposition to the motion for summary judgment. Whitaker's affidavit sets forth specific relevant evidence which DHL expects to elicit through discovery and use in opposing Conference America's motion, including evidence from third parties. "[S]ummary judgment should not be granted until the

party opposing the motion has had an adequate opportunity for discovery." Snook v. Trust Co. Of Georgia Bank of Savannah, N.A., 859 F.2d 865 (11th Cir. 1988).

Upon consideration of DHL's Rule 56(f) request and Whitaker's affidavit, the court concludes that DHL has not yet had an adequate opportunity to conduct discovery. Accordingly, it is

ORDERED that the motion for summary judgment (Doc. # 27) is DENIED without prejudice.

DONE, this 2nd day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE