IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-110-SRW |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND NOTICE OF WITHDRAWAL OF COUNSEL AND CHANGE OF ADDRESS

Thomas Borton hereby moves for permission to withdraw as counsel from this matter and gives notice that as of May 6, 2008, he will no longer be employed by Troutman Sanders LLP, the law firm that is counsel to the Plaintiff Conference America, Inc. in the above-captioned action. Conference America will continue to be represented by other attorneys at Troutman Sanders LLP, who have appeared as counsel of record in this matter. Thomas Borton requests that his name be removed from all service lists in this action, including the notice of electronic filing list.

The undersigned's new address will be:

Thomas E. Borton
United States Attorney's Office
1801 Fourth Avenue North
Birmingham, AL 35203

**MOTION GRANTED**

THIS 3rd DAY OF June, 2008

_____
UNITED STATES MAGISTRATE JUDGE